


Menu

1-407-692-0109

Who owns the phone number

# (407) 692-0109

● LOW SPAM RISK

📱 Cell Phone    📅 Last updated May 2025

Phone number registered to

## Margo Lynn Simmons

Sponsored by Ancestry.com

**Margo Lynn Simmons**
Henderson, NV

Birth Records | Death Records | Divorce Records

Phone owner's Background Records found    🚗 0 Criminal & Traffic    🏛 0 Public

🏠 0 Properties    📄 0 more

