B




Home / S / Simmons / Margo Simmons / FL / Altamonte Springs

# Margo Simmons

Age 55, Born December 1968
Lives in Altamonte Springs, FL
(407) 692-0109

## Full Background Report
Sponsored Link

- Arrest & Criminal Records
- Misdemeanors & Felonies
- Registered Sex Offender Check
- Warrants & Police Records
- Nationwide Court Records
- Evictions & Foreclosures
- Marriage & Divorce Records
- Bankruptcies, Liens & Judgments
- Assets & Properties
- Business Records
- Professional Licenses
- Social Media Records

View Full Background Report



## Also Seen As

Margo Lynn Simmons

## Current Address

325 Northlake Blvd #1126
Altamonte Springs, FL 32701
Seminole County
Jun 2012 - Sep 2024




## Phone Numbers

(407) 692-0109 - Wireless
**Possible Primary Phone**
Last reported Aug 2024
MetroPCS Networks

(407) 790-7349 - Landline
Last reported Jun 2023
Bright House Networks Information Services (Florida)

(702) 713-8737 - Wireless
Last reported Apr 2021
Sprint Spectrum

(724) 375-3677 - Landline
Last reported Aug 2013
Verizon Pennsylvania

(904) 451-3064 - Wireless
Last reported Apr 2021
Verizon Wireless

(724) 513-9609 - Wireless
Last reported Apr 2021
Sprint Spectrum

View All Phone Numbers

## Background Report
Sponsored Link

- Arrest Records
- Court Records
- Marriage & Divorce Records
- Bankruptcies, Judgments, Liens
- Search Warrants
- Criminal Records Data
- Property Records
- Current and Past Contact Info
- Reverse Phone Lookups
- Age
- Addresses and Phone Numbers
- Relatives and Associates
- Public Records Data
- Complete Background Check

Sponsored Links

407-692-0109

# Who Owns The Phone Number (407)692-0109

**3 FREE public records found for the phone number 407-692-0109.**

The current owner of the phone number 407-692-0109 is **Margo Simmons**. Past owners include Prentice Tucker, Marielkis Salazar. FastPeopleSearch results c contact information for the owner(s) of this phone number.

## Margo Simmons

**Altamonte Springs, FL**

**Age:** 55

**Full Name:** Margo L Simmons

**Current Home Address:**

325 Northlake Blvd, Unit 1126
Altamonte Springs FL 32701

**Past Addresses:** Homes, Rental Properties, businesses, apartments, condos and/or other real estate associated with Margo Simmons in Altamonte Sprir

695 Ashford Oaks Dr, Unit 201
Altamonte Springs FL 32714

2806 Summer Wind Dr
Winter Park FL 32792

1804 Chase Ridge Dr
Riverdale GA 30296

10701 S Eastern Ave, Unit 422
Henderson NV 89052

212 4th Ave
Aliquippa PA 15001

557 Lacock St
Rochester PA 15074

**Phone:** Cell/Mobile/Wireless and/or landline telephone numbers for Margo Simmons in Altamonte Springs, FL

(407) 692-0109 (current)
(724) 375-3677
(407) 790-7349
(904) 451-3064
(702) 713-9737
(724) 513-8609
(937) 829-2184
(412) 441-4757

**AKA:** Alias, Nicknames, alternate spellings, married and/or maiden names for Margo Simmons in Altamonte Springs, FL. Margo Simmons

**Relatives:** Mother, father, sisters, brothers, spouses and/or former spouses of Margo Simmons in Altamonte Springs, FL. Deirdra Corbett • Marcella Warc Margo Simmons • Alexis Simmons • Anderson Whaley • Anderson Whaley • Anthony Simmons • Carla Jones • Carmen Woods • Carmen Woods • Carmen Cynthia Burton • Darius Jones • Dawanda Jones

VIEW FREE DETAILS


People Search
Phones
Properties
Companies
100% CONFIDENTIAL
daris
h Data Radar
Margo Simmons
city, state
earch with BeenVerified
round Search for Margo Simmons
SEARCH
Address · Email · Family · Social · Criminal · Property · Bankruptcy · Residence
Data provided by Radaris
S › Simmons...Simmons › Simmons › Margo Simmons › Margo L Simmons, 55
ESULTS
NEXT PROFILE
ırgo L Simmons, 55
Get Full Report
tamonte Springs, FL
ırgo Lynn Simmons
IFORMATION
Last update Feb 18, 2024
ES
'ord Oaks Dr APT 201, Altamonte Spg, FL 32714
JMBERS
2-0109 +2
Get Contact Info
ROUND CHECK
Marital Status
View results
Properties
View results
sults
its
sults
Occupations
View results
Education
View results
Sponsored by Truthfinder




**ımons in Altamonte Springs, FL**

*1969 or 1968)*

*ess, vacation, business, rental and apartment property addresses for Margo*

**ake Blvd, APT 1126, Altamonte Springs, FL**
**rent**

*695 Ashford Oaks Dr, APT 201, Altamonte Springs, FL 32714*

*stern Ave, APT 422, Henderson, NV 89052*

*2806 Summer Wind Dr, Winter Park, FL 32792*

*ɘ, Aliquippa, PA 15001*

*hone number and mobile/wireless/cell phone numbers for Margo*

**)109 -Current**

*(724) 375-3677*

*(407) 790-7349*

*'064*

*(702) 713-9737*

*tner, mother, father, sister, brother and ex-spouse/partner for Margo*

Nard

William Robert Ward

Carmen Woods

bett

Carmen L Woods

*ıily, business associates and current/previous roommates for Margo*

ɔert Ward

Amy Michelle Conde

Angelic R Marchman

urry

Geneva L Short

More Free Details ⇒

Last updated 3 years ago

Run Background Search

# Margo L. Simmons

Lives in Henderson, NV

Born November 1968 (55 years old)

**PRIMARY RESIDENCE:**



10701 S Eastern Ave. Apt 422
Henderson, NV 89052

**PREVIOUS ADDRESSES:**

695 Ashford Oaks Dr. Apt 201
Altamonte Spg, FL 32714
Recorded in 2019

325 N Lk. Blvd Apt 1126
Altamonte Springs, FL 32701
Recorded in 2017

**PHONE NUMBERS:**

407-692-0109

**EMAIL ADDRESSES:**

simmonsmts@gmail.com • margoaux68@hotmail.com

**IP ADDRESSES:**

67.232.35.113 (Sep 2019) • 251.240.89.207 (Mar 2017)

**SCORES:**

Wealth (83)
Donor (82)
Travel (57)

