

**Recording File Name: 20240429_120256_PWTM.wav**
**Caller: Devora Sprouse**

**Margo Simmons (0:00 - 0:00)**
Hello?

**Devora Sprouse (0:02 - 0:07)**
Hi, thank you for answering the call. I would like to speak with Margo Simmons.

**Margo Simmons (0:07 - 0:08)**
This is she.

**Devora Sprouse (0:10 - 0:16)**
Oh, hello Ms. Margo Simmons. My name is Devora Sprouse. How are you doing?

**Margo Simmons (0:17 - 0:18)**
Fine, what is this regarding?

**Devora Sprouse (0:19 - 0:28)**
Oh, well, I just wanted to talk to you in regards of the distribution of your book to the actual bookstores. Can I have a moment?

**Margo Simmons (0:29 - 0:30)**
The what?

**Devora Sprouse (0:31 - 0:39)**
I would like to talk to you in regards of the distribution of your book to the actual bookstore, Ms. Simmons. Can I have a moment?

**Margo Simmons (0:41 - 0:43)**
No, I'm not interested. Thank you.

***END OF CALL***

SIMM019

**Recording File Name: 20240809_170306_ZNYS.wav**
**Caller: Olivia Ford**

**Margo Simmons (0:00 - 0:06)**
Hello. Hello. Hi.

**Olivia Ford (0:06 - 0:08)**
Hi. Am I talking with Margo?

**Margo Simmons (0:10 - 0:11)**
Hello?

**Olivia Ford (0:11 - 0:13)**
Hello, Margo, hello.

**Margo Simmons (0:14 - 0:15)**
Yes?

**Olivia Ford (0:16 - 0:17)**
Can you hear me okay?

**Margo Simmons (0:18 - 0:19)**
A little bit. Who's calling?

**Olivia Ford (0:21 - 0:25)**
My name is Olivia Ford and I'm calling from AR Press.

**Margo Simmons (0:26 - 0:27)**
Where is that?

**Olivia Ford (0:28 - 0:40)**
Okay, we are hybrid publishing company, we publish a book and market the book at the same time. We just wanted to talk to you in regards to the book, which is Handicapped Dreams.

**Margo Simmons (0:41 – 0:41)**
Yeah

**Olivia Ford (0:41 – 0:58)**

Yes. By the way, Margo, we happen to receive also like potential book buyers that wanted to purchase the book. And I do have here, the book was published way back in 2014, right?

**Margo Simmons (0:59 - 1:00)**
Yeah.

**Olivia Ford (1:00 - 1:02)**
How was the book sales so far?

**Margo Simmons (1:03 - 1:06)**
Not good. So what do you guys want?

**Olivia Ford (1:07 - 1:20)**
Okay, we actually wanted to, you know, we just wanted to help you in regards of distribution and also promotion of the book. Because you are aware that the book is only available online bookstores, right?

**Margo Simmons (1:21 - 1:21)**
Mm-hmm.

**Olivia Ford (1:23 - 1:28)**
And we received phone calls coming from a partner physical bookstores that wanted to have the book.

**Margo Simmons (1:29 - 1:32)**
Yeah, right. How much do you guys want? I don't believe you.

**Olivia Ford (1:32 - 1:32)**
Okay

**Margo Simmons (1:34 - 1:37)**
How much do you guys want?

**Olivia Ford (1:38 - 1:54)**
Margo, we just wanted to let you know that we are co-investing with the book, which means you aren't the only one that's actually investing with the book. But we wanted to, we are the one who will carry or take care about the marketing and also promotion of the book.

**Margo Simmons (1:55 - 1:55)**
How much?

**Olivia Ford (1:57 - 3:04)**
That would be $1,200. But Margo, just wanted to let you know that I don't want you to be pressured in regards of the payment. Because once again, we are offering you this kind of opportunity, which means we can offer you the installment plan.

Installment plan, all you have to secure is only 30%. The rest of the payment, we could split that one until three to four months. Because once again, we are finalizing those book titles that we have right now.

And earlier, we had a meeting with the bookstores, okay? They are asking, since I keep calling you, like two weeks ago, just to inform you about this, because you know what? We gathered almost 25 book buyers, okay?

**Margo Simmons (2:49 - 2:50)**
Call me back next week.

SIMM021

**Olivia Ford (2:53 – 3:03)**
Okay, coz uhm, I can call you back next week. But I just wanted to let you know about the inclusion for the $1,200, okay?

**Margo Simmons (3:04 - 3:08)**
Okay, I'm really not interested. Call me back next week.

**Olivia Ford (3:08 - 3:11)**
Okay, thank you, Margo. Be safe.

***END OF CALL***

## Recording File Name: 20240813_165219_BGDK.wav
## Caller: Olivia Ford

**Olivia Ford (0:03 - 0:05)**
Hello.

**Margo Simmons (0:05 - 0:06)**
Yes.

**Olivia Ford (0:06 - 0:09)**
Hi. Hi, Margo. This is Olivia Ford. How are you doing?

**Margo Simmons (0:10 - 0:11)**
All right.

**Olivia Ford (0:11 - 0:21)**
All right. That's great to hear. By the way, Margo, I spoke to you, that was Friday, and you told me that I can call you back today…

**Margo Simmons (0:21 - 0:22)**
Mm-hmm.

**Olivia Ford (0:22 - 0:28)**
…in regards of your book, which is The Handicapped Dreams. You remember?

**Margo Simmons (0:28 - 0:32)**
Mm-hmm. How much money did I ask you for?

**Olivia Ford (0:32 - 0:53)**
Okay, Actually, Margo, we wanted to co-invest with the book, and once again, all we needed to have here is your commitment, because we happened to receive another phone call. We gathered almost 20 potential book buyers that wanted to purchase the book, and you know what the good thing also? We…

**Margo Simmons (0:53 - 1:02)**
But they didn't want to purchase the book. The book is on for the purchase. Why would they call you? They can buy the book anytime they want to.

**Olivia Ford (1:02 - 1:09)**
Correct. The book has already been published. The book was published way back to 2014 on Amazon, right?

**Margo Simmons (1:10 - 1:10)**
Yeah.

**Olivia Ford (1:11 - 1:32)**
Those people that wanted to purchase the book, those are our connections, and also, they wanted, we wanted to republish the

SIMM023

book. You know what the reason why? We just check in here that there's only a few people that actually know the book exists, right?

**Margo Simmons (1:33 - 1:39)**
Why? Why do only a few people know the book exists when it's on all channels?

**Olivia Ford (1:39 - 1:48)**
Yes. It's all on channels, but it's online bookstores. We have physical bookstores that wanted to display your book.

**Margo Simmons (1:49 - 1:49)**
Excuse me?

**Olivia Ford (1:50 -2:33)**
Okay, we have physical bookstores that wanted to display your book on their bookshelf. I just wanted to let you know about this because, Margo, this is guaranteed 80% royalties that you will be getting every book sales.

What we are going to do here is create a blog post about your book, and you know what? We sent also your book title to one of our connections, which is the second largest radio interview, which is the CBS radio interview, what Benji Cole. They are really eager to invite you for this kind of opportunity, okay?

**Margo Simmons (2:33 - 2:39)**
Yeah, right. You guys are telemarketing. I hear people in the background saying the same thing.

**Olivia Ford (2:40 - 2:55)**
Okay, actually, they're talking to their authors. They publish thousands of authors, okay? From time to time, we need to check our authors. And that's the reason why you hear someone in the background.

**Margo Simmons (2:57 - 3:02)**
What do you want from me, ma'am? How much does it cost? If you're not so eager, why do I have to pay?

**Olivia Ford (3:03 - 3:29)**
Okay, this is a co-investment, okay? Which means you are not only the one investing the money or investing about the book, but you also invest your book, which means we're going to take care, okay? We're going to take care. The $2,300, and all you have to take care is only $1,200. But at $1,200, it's already included for marketing and also distribution.

**Margo Simmons (3:32 - 3:42)**

It's already marketed and distributed. Yeah. I already paid about thousands of dollars for that.

**Olivia Ford (3:43 - 3:50)**
Oh, that's a lot. That's really a lot. Did you receive book sales? You receive royalties?

**Margo Simmons (3:51 - 3:54)**
Well, whenever somebody buys a book.

**Olivia Ford (3:54 - 4:13)**
Mm-hmm. Because you know what? I just want to tell you this is guaranteed 80% royalties that you will be getting every book sales. And the book is only available online bookstores, not physical bookstores. We receive phone calls coming from physical bookstores asking about your book. They are really interested.

**Margo Simmons (4:13 - 4:22)**
Why are they calling you? Why aren't they calling the author? Why in the world would they call you? I'm the author.

**Olivia Ford (4:23 - 5:39)**
Yes, you are the author, and we actually try to market your book to a different connection. We test the marketing of your book, and that's the reason why we receive phone calls. We don't have any assurance that your book will be published under with us.

But since we have a literary book scout, they're scouting books, you know, they are looking for a book that has a lot of potential. But in regards of marketing, the book is not actually moving in online bookstores, okay? We submit your book title to our different connections.

We receive phone calls coming from them. We also receive pre-evaluation or review about the book. So that's a good thing.

That's a good start. Because once again, I know the book was published, but it was many years ago. And this is the best time also that we can go ahead and republish the book, help you out in the course of distributions.

Because once again, I don't want to lose those people that wanted to purchase the book. But those are coming from online retailers and also our connections. I just wanted you to see the better, you know, the better future about the book.

**Margo Simmons (5:40 - 5:43)**
Why would you want to see that? It's not your book.

**Olivia Ford (5:44 - 6:02)**

SIMM025

Yeah, it's not my book. I just wanted to recognize your book. That's the reason why we're creating a blog post about your book, to be more exposure. Okay? Not only about the book, but also about you as an author. Okay?

**Margo Simmons (6:03 - 6:04)**
I'm not interested. Thank you.

**Olivia Ford (6:06 – 6:07)**
Alright.

**\*\*\*END OF CALL\*\*\***