## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **MARGO SIMMONS,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>*v.*<br><br>**AUTHOR REPUTATION PRESS LLC**<br><br>*Defendant.* | Case No. 24-cv-12330-BEM<br><br>**CLASS ACTION**<br><br>**JURY TRIAL DEMANDED** |

### JOINT STATUS REPORT

Plaintiff, Margo Simmons, and Defendant, Author Reputation Press, LLC ("Defendant") (collectively "the Parties"), hereby file their status report with the Court and as grounds state as follows:

1. The underlying matter is a class action claim arising out of Plaintiff's claims under the Telephone Consumer Protection Act ("TCPA").

2. On or about May 17, 2025 (Saturday), Plaintiff served Defendant with her Motion to Compel further responses to class discovery. (DE #19). Defendant was thereafter provided with an extension of time to respond to Plaintiff's Motion (DE #21), and subsequently filed its Opposition on June 16, 2025 (DE #22).

3. The Court granted Plaintiff's Motion to Compel, and in doing so, advised Plaintiff that she "may submit a motion for fees within 14 days" and that "Defendant may respond to that motion, either contesting the amount or propriety of an award, within 14 days thereafter." (DE #23).

4. The parties recently scheduled a mediation before the Honorable (Ret.) David Jones for July 18, 2025 in an effort to resolve the matter without resort to further litigation. In that regard, the

parties request a stay of the deadlines with respect to submission of the contemplated fee request concerning Plaintiff's Motion to Compel in to allow for the mediation to proceed. If the matter resolves at mediation, the anticipated motion is moot, and the parties need not engage in any further submissions with respect to motion practice or discovery (other than that which is procedurally necessary to bring the matter to resolution). If unsuccessful, the parties suggest that Plaintiff's Motion for Fees be submitted seven (7) days following the mediation, with Defendant's response due 14 days following Plaintiff's submission. Accordingly, if unsuccessful, the modified briefing schedule for the contemplated Motion for Attorneys Fees would be as follows:

a. Motion for Attorneys Fees: Current Due Date: July 2, 2024. **New Due Date (if necessary): July 25, 2025;**

b. Response to Motion for Fees: Current Due Date: 14 days following Plaintiff's submission; **New Due Date (if necessary): 14 days following Plaintiff's Submission.**

5. Neither party will be prejudiced by the relief requested herein as the Parties are both jointly seeking a temporary stay of the deadlines concerning the contemplated Motion for Attorneys Fees so they can explore whether resolution is possible short of further protracted litigation.

WHEREFORE, Plaintiff, Margo Simmons and Defendant, Author Reputation Press, LLC, hereby advise the Court that they have scheduled a mediation for July 18, 2025. Accordingly, the Parties respectfully request that this Court enter an Order modifying the current deadlines concerning the contemplated Motion for Attorneys Fees related to Plaintiff's Motion to Compel as more fully set forth herein, along with such other relief as this Court deems appropriate.

#7818985v1

Dated: July 1, 2025

Counsel for Plaintiff,

*/s/ Anthony I. Paronich*
Anthony I. Paronich
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Tel: (617) 485-0018
Fax: (508) 318-8100
anthony@paronichlaw.com


AUTHOR REPUTATION, PRESS LLC
By its counsel,
*/s/ Andrew M. Schneiderman*
Andrew M. Schneiderman, # 666252
Jeffrey Rosin, Esq. #3026952
O'HAGAN MEYER, PLLC
140 Kendrick Street | Building C | 2nd Floor
Needham, Massachusetts 02494
Telephone:    (617) 843-6800
Facsimile:    (617) 843-6810
aschneiderman@ohaganmeyer.com


## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to

the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ Andrew M. Schneiderman*
Andrew M. Schneiderman

## <u>RULE 7.1 (a)(2) CERTIFICATE</u>

I, Andrew M. Schneiderman, hereby certify that I conferred with opposing counsel in advance of filing the underlying motion, and as more fully set forth herein, the parties are jointly advising the Court of the current status of the matter and are jointly seeking a modification of the deadlines as more fully set forth herein.

<u>*/s/ Andrew M. Schneiderman*</u>
Andrew M. Schneiderman

#7818985v1