**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

**Margo Simmons**, *Individually and
on behalf of all others similarly situated*
    **Plaintiff,**

      **v.**                                    Civil Case No. 24cv12330-BEM
**Author Reputation Press LLC
    Defendant.**

**SETTLEMENT ORDER OF DISMISSAL**

**MURPHY, J.**

The Court having been advised on July 23, 2025, that the above-entitled action has been settled;

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action no later than 60 days, if settlement is not consummated.

                                                                  By the Court,

July 23, 2025                                       */s/ Marlene Martins*
   Date                                                  Deputy Clerk