IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **MARGO SIMMONS,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**AUTHOR REPUTATION PRESS LLC**<br><br>*Defendant.* | Case No. 24-cv-12330-BEM |

### STIPULATION OF DISMISSAL WITHOUT PREJUDICE

The parties file this Stipulation of Dismissal without Prejudice pursuant to Fed. R. Civ. P. 41(a)(1) with each party to bear its own costs and fees.

Dated: September 17, 2025        PLAINTIFF,

By:

*/s/ Anthony I. Paronich*
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com


AUTHOR REPUTATION, PRESS LLC
By its counsel,
*/s/ Andrew M. Schneiderman*
Andrew M. Schneiderman, # 666252
Jeffrey Rosin, Esq. #3026952
O'HAGAN MEYER, PLLC
140 Kendrick Street | Building C | 2nd Floor
Needham, Massachusetts 02494
Telephone:    (617) 843-6800
Facsimile:    (617) 843-6810